BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for the UNITED STATES OF AMERICA, Defendant, sued *eo nomine* and as the INTERNAL REVENUE SERVICE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE INTERNAL REVENUE SERVICE; THE UNITED STATES OF AMERICA; and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | 1:10-cv-1055-OWW-DLB<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

　　　　The parties, through their counsel of record, hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

　　　　1. Under 28 U.S.C. § 2410(a), the defendant to be named in a suit brought under 28 U.S.C. § 2410(a)(1) through (5) is the United States of America.

　　　　2. Accordingly, under Fed. R. Civ. P. 41(a), all defendants hereby are DISMISSED except the United States of America.

| | | |
|---|---|---|
| Dated: July ___, 2010 | | LAW OFFICES OF<br>MICHAEL J. LAMPE |
| | By: | */s/ Matthew D. Owdom*<br>MICHAEL J. LAMPE<br>MICHAEL P. SMITH<br>MATTHEW D. OWDOM |
| Dated: July 8, 2010 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | */s/ Y H T Himel*<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |

IT IS SO ORDERED.

**Dated:  July 30, 2010**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE