1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for the UNITED STATES OF AMERICA,
   Defendant, Counterclaimant and Third-Party Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  BEDROCK FINANCIAL, INC., a California          1:10-cv-1055-OWW-SMS
    Corporation,
12                                                 **ORDER REGARDING**
                   Plaintiff,                      **SUSPENDED CORPORATION**
13
          v.
14
    UNITED STATES OF AMERICA,
15
                   Defendant, Counterclaimant and
16                 Third-Party Plaintiff,

17        v.

18  BEDROCK FINANCIAL, INC., a California
    Corporation,
19
                   Counterclaim Defendant,
20
          and
21
    FIRST AMERICAN TITLE INSURANCE
22  COMPANY, a California Corporation,

23                 Third-Party Defendant.

24

25        Upon a request filed by the United States, good cause appearing, the court hereby

26  orders as follows:

27        1.  Because Bedrock Financial, Inc. is a suspended corporation, it lacks the right to

28  prosecute or defend in this action.

ORDER REGARDING SUSPENDED CORPORATION                                    Page 1

1     2.  Bedrock Financial, Inc. may request voluntary dismissal of its complaint at any

2  time.

3     3.  Should Bedrock Financial, Inc. obtain a certificate of revivor, it shall promptly file

4  and serve a notice with a copy of the certificate.

5     4.  In preparation for any status conferences before revivor, Bedrock Financial, Inc.

6  shall report on its efforts to obtain revivor.

7     5.  Except as provided for in paragraphs 2 through 4, above, or in a further order,

8  Bedrock Financial, Inc. shall file no papers during the period of its suspension as a

9  corporation.

10     6.  The motion filed by Bedrock Financial, Inc. on September 3, 2010, hereby is

11  stricken from the record, without prejudice to its refiling should the suspension end.

12     It is SO ORDERED.

13

14  DATED: September 15, 2010          /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28