```
BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
```

Attorneys for the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant, Counterclaimant and Third-Party Plaintiff,<br><br> v.<br><br>BEDROCK FINANCIAL, INC., a California Corporation,<br><br>  Counterclaim Defendant,<br><br> and<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,<br><br>  Third-Party Defendant. | 1:10-cv-1055-OWW-MJS<br><br>**STIPULATION AND ORDER OF MUTUAL DISMISSALS WITHOUT PREJUDICE** |

The parties, through their counsel of record, hereby recite and stipulate, subject to the approval of the Court as provided for hereon, as follows:

**Recitals**

1. On or about December 24, 2009, the California Secretary of State suspended Bedrock Financial Inc.'s corporate status.

2. As a result, Bedrock lacks standing to prosecute or defend this or any other action. *See Paradise Creations, Inc. v. UV Sales, Inc.*, 315 F.3d 1304 (Fed. Cir. 2003) (holding suspended but revived corporation to lack Art. III standing because standing is measured as of the commencement of suit).

3. Bedrock may regain its corporate status and will decide at that time whether, and of so in what form, to rebring its action. Should Bedrock rebring its action, the United States may decide to rebring its counterclaim of conversion by Bedrock.

4. The United States completed process service of its third-party complaint against First American Title Insurance Company on September 17, 2010, and has an amended third-party complaint, naming First American but not Bedrock, to file as of right under Fed. R. Civ. P. 15(a)(1)(A) within this action.

**Stipulations**

5. The Complaint filed May 3, 2010, is DISMISSED WITHOUT PREJUDICE.

6. As against Bedrock, the United States' counterclaim for conversion, which is part of the United States' CounterClaim and Third-Party Complaint for Conversion filed August 17, 2010, is DISMISSED WITHOUT PREJUDICE.

7. The United States' Amended Third-Party Complaint for Conversion, still naming First American Title Insurance Company as third-party defendant, is submitted herewith for filing as of right.

Dated: October 7, 2010

LAW OFFICES OF
MICHAEL J. LAMPE

By:   */s/ Matthew D. Owdom*
MICHAEL J. LAMPE
MICHAEL P. SMITH
MATTHEW D. OWDOM

Dated: October 4, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Y Himel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

IT IS SO ORDERED.

**Dated:   October 7, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE