1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760
   Fax: (916) 554-2900
5  email: yoshinori.himel@usdoj.gov

6  KAYCEE M. SULLIVAN
   U.S. Department of Justice
7  P.O. Box 683
   Washington DC 20044
8  Telephone: (202) 514-9593
   Fax: (202) 307-0054
9  email: kaycee.m.sullivan@usdoj.gov

10 Attorneys for the UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>  v.<br><br>FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations,<br><br>    Third-Party Defendants. | 1:10-cv-1055-OWW-MJS<br><br>1:10-cv-2326-OWW-MJS<br><br>**ORDER OF CONSOLIDATION** |

Upon the parties's stipulation, it is hereby ORDERED as follows:

1. The above-captioned actions are CONSOLIDATED for all purposes.

    2.  By this consolidation, all existing filings, claims and defenses in the later-filed action, No. 1:10-cv-2326-OWW-MJS, shall be deemed to be transferred to the Clerk's case file for the earlier-filed action, No. 1:10-cv-1055-OWW-MJS.  After this Order, all papers filed or served in the consolidated actions shall display case number 1:10-cv-1055-OWW-MJS, and all filings shall be directed to the file for number 1:10-cv-1055-OWW-MJS as the lead case.  The Clerk shall ADMINISTRATIVELY CLOSE the case file for the later-filed action, No. 1:10-cv-2326-OWW-MJS.  This provision is to save judicial resources only and shall not affect any substantive or procedural rights.

    It is SO ORDERED.

IT IS SO ORDERED.

**Dated:   July 15, 2011**                     /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE