BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760
Fax:  (916) 554-2900
email:  yoshinori.himel@usdoj.gov

BORIS KUKSO
U.S. Department of Justice
P.O. Box 683
Washington DC 20044
Telephone:  (202) 353-1857
Fax:  (202) 307-0054
email:  boris.kukso@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA,
Defendant and Third-Party Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and Third-Party Plaintiff,<br><br>    v.<br><br>FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations,<br><br>    Third-Party Defendants. | 1:10-cv-1055-MJS<br>(Consolidated action)<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY TIME FOR DEPOSITION OF AND DOCUMENT PRODUCTION BY FIRST AMERICAN** |

The parties to this consolidated action hereby stipulate, subject to the approval of Judge Seng as provided for hereon, as follows:

a)   The Phase I close of discovery has been set at April 30, 2012, by Scheduling Order filed November 21, 2012,  parts IV and V.

b)   FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, third-party defendants, require more time to respond to the United States' deposition notice and document production request originally served March 14, 2012, as narrowed and rescheduled per agreement between counsel in an amended notice and request served March 29, 2012, and as further rescheduled per agreement between counsel in a second amended notice and request served April 13, 2012.

c)   The now-agreed date for deposition of third-party defendants is May 8, 2012.

d)   The parties therefore stipulate, subject to approval by the Court as provided for hereon, that as to deposition of and document production by third-party defendants only, the Phase I discovery deadline of April 30, 2012, set in the Scheduling Order filed November 21, 2012,  parts IV and V, be extended for two weeks, until May 14, 2012.

e)   This extension should not affect the scheduling of Phase I dispositive motions (whose filing date is July 6, 2012).   No previous extension of this time has been sought or granted.

Dated:   April 18, 2012				LAW OFFICES OF
						MICHAEL J. LAMPE

						 /s/ Matthew D. Owdom
						MICHAEL J. LAMPE
						MICHAEL P. SMITH
						MATTHEW D. OWDOM

Dated:   April 18, 2012				BENJAMIN B. WAGNER
						United States Attorney
						BORIS KUKSO

Trial Attorney, Tax Division, DOJ

*/s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

ORDER

IT IS SO ORDERED.

Dated:   April 19, 2012            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE