IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>        v.<br><br>FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations,<br><br>    Third-Party Defendants. | 1:10-cv-1055-MJS<br>(Consolidated action)<br><br>**ORDER** |

The United States' Motion for Additional Time to File Its Second Amended Third-Party Complaint is GRANTED.

1 | The United States has 7 days from the date of this Order to file its Second Amended
2 | Third-Party Complaint.

4 | IT IS SO ORDERED.

5 | Dated:   July 27, 2012              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE