IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation, | 1:10-cv-1055-MJS (Consolidated action) |
| Plaintiff and Counterclaim Defendant, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant, Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations, | |
| Third-Party Defendants. | |

The United States' Motion for Additional Time to File Its Second Amended Third-Party Complaint is GRANTED.

The United States has 7 days from the date of this Order to file its Second Amended Third-Party Complaint.

IT IS SO ORDERED.

Dated:   July 27, 2012                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE