```
KATHRYN KENEALLY
Assistant Attorney General
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 353-1857
Facsimile:   (202) 307-0054
E-mail:      boris.kukso@usdoj.gov
             western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760
```

Attorneys for the UNITED STATES OF AMERICA,
Defendant, Counterclaimant and Third-Party Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., | 1:10-cv-1055-OWW-SMS |
| Plaintiff, | **STIPULATION DISMISSING THE INJUNCTION CLAIM AGAINST FIRST AMERICAN TITLE COMPANY AND FIRST AMERICAN TITLE INSURANCE COMPANY** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations, | |
| Third-Party Defendants. | |

The United States of America, Bedrock Financial, First American Title Company, and First American Title Insurance Company, though and by their respective counsel, hereby

agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the injunction claim for relief asserted against First American by the United States in its Amended Third-Party Complaint filed October 7, 2010 (ECF No. 21) is hereby dismissed with each party bearing its own costs.

Dated: July 30, 2012

By:

/s/ Matthew D. Owdom
MATTHEW D. OWDOM
Law offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975
Facsimile (559) 738-5644

*Attorneys for Bedrock and First American*

Dated: July 30, 2012

KATHRYN KENEALLY
Assistant Attorney General

By:

/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 353-1857
Facsimile:   (202) 307-0054

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

*Attorneys for the United States*

ORDER

IT IS SO ORDERED.

Dated: August 3, 2012         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

Page 2