Michael J. Lampe  #82199
Michael P. Smith  #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975
Facsimile (559) 738-5644

Attorney for Plaintiff and Counterclaim Defendant Bedrock Financial, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:10-cv-1055-MJS<br><br>**JUDGMENT** |
| THE UNITED STATES OF AMERICA,<br><br>    Counterclaimant,<br>vs.<br><br>BEDROCK FINANCIAL, INC., a California Corporation,<br><br>    Counterclaim Defendant. | |

On November 11, 2012, the Court granted the motion of Plaintiff Bedrock Financial, Inc. (*Bedrock*) for summary judgment pursuant to F.R.C.P. 56, and ordered that judgment be entered in favor of Bedrock and against Defendant United States of America (*IRS*).

---
JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Bedrock shall have, hold, and possess an equitable lien in the sum of $171,106.85, from and after February 5, 2008 upon certain real property commonly described as APN 004-110-005 Atwater, Merced County, California (*the property*), and more particularly described as follows:

> PARCEL 3 AS SHOWN ON THAT CERTAIN PARCEL MAP FOR MANUEL L. SILVA FILED FOR RECORD JUNE 18, 1971 IN VOL. 14 OF PARCEL MAPS, PAGE 47, AND BEING A PORTION OF THE NORTHWEST QUARTER OF SECTION 7, TOWNSHIP 7 SOUTH, RANGE 13 EAST, M.D.B. & M.
>
> APN 004-110-005

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that as of February 5, 2008, Bedrock's equitable lien in the sum of $171,106.85 has priority over the IRS' interest in the property, and is senior and superior thereto.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Bedrock's equitable lien may be enforced, at Bedrock's election, via the following:

**(1) JUDICIAL FORECLOSURE**: IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Bedrock's equitable lien is subject to judicial foreclosure.

The real property as described shall be sold in the manner prescribed by law by the levying officer of Merced County, California, on proper application for issuance of a writ of sale to the levying officer. Any party to this action may be a purchaser at the sale. Bedrock shall be permitted to credit bid the amount of its equitable lien, to wit, the sum of $171,106.85, at said sale. The IRS, as junior lienholder, has the right to pay off Bedrock's equitable lien at any time prior to sale hereunder.

If any third party bids at the sale in an amount above the sum of the sum of Bedrock's equitable lien, $171,106.85, the levying officer shall deduct the expenses for the levy and sale and shall then pay to Bedrock the sum of $171,106.85. If any surplus remains after making those payments, it shall be paid by the levying officer to the IRS, in the amount then owing under the IRS' junior tax lien, with any further surplus paid by the levying officer to Bedrock.

JUDGMENT

1  Bedrock having waived a deficiency judgment, the property shall not be sold subject to the
2 right of redemption as provided in Code of Civil Procedure Section 729.010 et seq.

3  From and after delivery of a Deed by the levying officer to the purchaser at the sale, all
4 defendants, and persons claiming under them or having liens junior to the Trust Deed on the
5 property, and their personal representatives, and all persons claiming to have acquired any estate
6 or interest in the property subsequent to the filing of notice of the pendency of this action with
7 county recorder, are forever barred and foreclosed from all equity of redemption in, and claim to,
8 the property and every part of it.

9  **(2) NON-JUDICIAL FORECLOSURE**: IT IS FURTHER ORDERED, ADJUDGED, AND
10 DECREED that the property is subject to Bedrock's equitable lien in the sum of $171,106.85, and
11 Bedrock may foreclose, with a credit bid up to $171,106.85, utilizing the power of sale provisions
12 in that certain Deed of Trust recorded as Document No. 2008-005713 of the Official Records of
13 Merced County.  The IRS, as junior lienholder, has the right to pay off Bedrock's equitable lien at
14 any time prior to sale hereunder.  If any third party bids at the sale in an amount above the sum
15 of the sum of Bedrock's equitable lien, $171,106.85, the trustee shall deduct the expenses for the
16 levy and sale and shall then pay to Bedrock the sum of $171,106.85.  If any surplus remains after
17 making those payments, it shall be paid by the trustee to the IRS, in the amount then owing under
18 the IRS' junior tax lien, with any further surplus paid by the trustee to Bedrock.

19  **(3) CREDIT BID AT TAX SALE**: IT IS FURTHER ORDERED, ADJUDGED, AND
20 DECREED that, in the event the IRS proceeds to tax sale prior to enforcement under option (1)
21 or (2), above, that Bedrock shall be permitted to credit bid the amount of its equitable lien, to wit,
22 the sum of $171,106.85, at said sale.  If any third party bids at the sale in an amount above the
23 sum of the sum of Bedrock's equitable lien, $171,106.85, the levying officer shall deduct the
24 expenses for the levy and sale and shall then pay to Bedrock the sum of $171,106.85.  If any
25 surplus remains after making those payments, it shall be paid by the levying officer to the IRS, in
26 ////
27 ////
28

_____
JUDGMENT

the amount then owing under the IRS' junior tax lien, with any further surplus paid by the levying officer to Bedrock.

IT IS SO ORDERED.

Dated:   November 30, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

JUDGMENT