BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Fax: (916) 554-2900
email: yoshinori.himel@usdoj.gov

BORIS KUKSO
U.S. Department of Justice
P.O. Box 683
Washington DC 20044
Telephone: (202) 353-1857
Fax: (202) 307-0054
email: boris.kukso@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA,
Defendant and Third-Party Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant and Third-Party Plaintiff,<br><br>     v.<br><br>FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations,<br><br>     Third-Party Defendants. | 1:10-cv-1055-MJS<br>(Consolidated action)<br><br>**JOINT REQUEST FOR TWO-WEEK EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

The parties to this consolidated action jointly request that the filing date for the United States' Amended Complaint, November 17, 2012, as allowed by Minutes filed November 30, 2012, be extended for two weeks, until December 31, 2012. The reason is that counsel have encountered unexpected delays in producing the pleading. No previous extension of this time has been requested

or granted. A proposed form of Order is provided for the Court's convenience should it approve this stipulated request.

Dated: December 14, 2012                           LAW OFFICES OF
                                                   MICHAEL J. LAMPE

                                          By:     /s/ Matthew D. Owdom
                                                   MICHAEL J. LAMPE
                                                   MICHAEL P. SMITH
                                                   MATTHEW D. OWDOM
                                                   CLAY A. SCHROEDER

Dated: December 14, 2012                           BENJAMIN B. WAGNER
                                                   United States Attorney
                                                   BORIS KUKSO
                                                   Trial Attorney, Tax Division, DOJ

                                          By:     /s/ YHimel
                                                   YOSHINORI H. T. HIMEL
                                                   Assistant U. S. Attorney

## ORDER

It is APPROVED and SO ORDERED. The United States' amended complaint shall be filed by December 31, 2012.

IT IS SO ORDERED.

Dated:   December 21, 2012          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE