1  Michael J. Lampe  #82199
   Michael P. Smith  #206927
2  Matthew D. Owdom #258779
   Law Offices of Michael J. Lampe
3  108 West Center Avenue
   Visalia, California 93291
4  Telephone (559) 738-5975
   Facsimile (559) 738-5644
5
   Attorneys for First American Title Insurance Company
6

7

8                   UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 | BEDROCK FINANCIAL, INC., a California | Case No. 1:10-cv-1055-MJS
     Corporation,
12 |                                      | **STIPULATION AND REQUEST FOR**
                Plaintiff,                | **ORDER GRANTING EXTENSION**
13 |                                      | **FOR FILING OF REPLY TO**
     vs.                                  | **OPPOSITION TO MOTION TO**
14 |                                      | **DISMISS**

15   THE UNITED STATES OF AMERICA; and
     Does 1 through 50, inclusive,
16
                Defendant and Third-Party Plaintiff,
17
     vs.
18
     FIRST AMERICAN TITLE COMPANY and
19   FIRST AMERICAN TITLE INSURANCE
     COMPANY, California Corporations,
20
                Third-Party Defendants.
21

22          Third-party Defendants First American Title Company and First American Title Insurance

23   Company, California Corporations (*First American*) hereby request an order granting a seven (7)

24   day extension for filing a Reply to the United States of America's (*IRS*) Opposition to First

25   American's Motion to Dismiss the IRS' Third Amended Third Party Complaint:

26          1.     On or about March 12, 2013, attorney Matthew Owdom emailed attorneys Yoshinori

27   Himel and Boris Kukso, requesting an extension for filing the above-captioned reply.  Shortly

28
   _____
   STIPULATION AND REQUEST FOR ORDER

1 | thereafter, also on the morning of March 12, 2013, attorney Matthew Owdom contacted Yoshinori
2 | Himel, Esq., counsel for the IRS, via telephone, to ascertain whether the IRS would oppose such
3 | a request for a seven (7) day extension.  Mr. Himel stated that he had spoken with Mr. Kukso, and
4 | that neither he nor Mr. Kukso had any objection to the extension, and would so stipulate.

5 |     2.    Accordingly, First American respectfully requests that the time for filing the above-
6 | referenced reply, currently set for March 15, 2013, be EXTENDED for a period of seven (7) days,
7 | until March 22, 2013.

10 | Dated: March 13, 2013

/s/ Matthew D. Owdom, #258779
LAW OFFICES OF MICHAEL J. LAMPE
Attorneys for First American Title Insurance Company
By: Matthew D. Owdom

### ORDER

Good cause appearing, the above Stiputlation is approved and adopted.

IT IS SO ORDERED.

Dated:    March 18, 2013

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND REQUEST FOR ORDER