Michael J. Lampe  #82199
Michael P. Smith  #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975
Facsimile (559) 738-5644

Attorneys for First American Title Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; and Does 1 through 50, inclusive,<br><br>            Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations,<br><br>            Third-Party Defendants. | Case No. 1:10-cv-1055-MJS<br><br>**STIPULATION AND REQUEST FOR ORDER GRANTING EXTENSION FOR FILING OF REPLY TO OPPOSITION TO MOTION TO DISMISS** |

Third-party Defendants First American Title Company and First American Title Insurance Company, California Corporations (*First American*) hereby request an order granting a seven (7) day extension for filing a Reply to the United States of America's (*IRS*) Opposition to First American's Motion to Dismiss the IRS' Third Amended Third Party Complaint:

1. On or about March 12, 2013, attorney Matthew Owdom emailed attorneys Yoshinori Himel and Boris Kukso, requesting an extension for filing the above-captioned reply.  Shortly

---
STIPULATION AND REQUEST FOR ORDER

thereafter, also on the morning of March 12, 2013, attorney Matthew Owdom contacted Yoshinori Himel, Esq., counsel for the IRS, via telephone, to ascertain whether the IRS would oppose such a request for a seven (7) day extension.  Mr. Himel stated that he had spoken with Mr. Kukso, and that neither he nor Mr. Kukso had any objection to the extension, and would so stipulate.

2. Accordingly, First American respectfully requests that the time for filing the above-referenced reply, currently set for March 15, 2013, be EXTENDED for a period of seven (7) days, until March 22, 2013.

Dated: March 13, 2013

/s/ Matthew D. Owdom, #258779
LAW OFFICES OF MICHAEL J. LAMPE
Attorneys for First American Title Insurance Company
By: Matthew D. Owdom

## ORDER

Good cause appearing, the above Stiputlation is approved and adopted.

IT IS SO ORDERED.

Dated:   March 18, 2013

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND REQUEST FOR ORDER